1 MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
2 E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
4 Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, Inc

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA R. GUILLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-62<br><br>**Stipulation and Order to Dismiss With Prejudice** |

The parties stipulate to dismiss this matter, with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| DATED this 26th day of July, 2018<br><br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Cardenas Markets, Inc. | DATED this 26th day of July, 2018<br><br>RALPH PORTER & ASSOCIATES, P.C.<br><br>*/s/ Ralph E. Porter*<br>Ralph E. Porter, Esq.<br>Nevada Bar No. 4130<br>525 S. Ninth Street<br>Las Vegas, NV 89101<br>Tel: 702.384.5800<br>Attorney for Plaintiff |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2018

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on July 26, 2018, I served the **Stipulation and Order to Dismiss With Prejudice** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP